GEO-TED REALTY CORPORATION, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

ICE SERVICE COMPANY, INC., v. HENRY PHIPPS ESTATES.— Motion granted; questions certified. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDWARD GROSSMAN v. LONDON GUARANTEE AND ACCIDENT COMPANY.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRA G. MCCREERY v. CONTINENTAL CASUALTY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KATARYNA LOTOCKA, as Administratrix, etc., of ALEX LOTOCKA, Deceased, v. ELEVATOR SUPPLIES COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

REBECCA MALATZKI v. HYMAN SCHLESSINGER and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay granted upon defendants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

RUTH HANKIN v. ABRAHAM SIEGEL. HERMAN W. FRANK, Appellant.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SHIPMAN COAL COMPANY v. THE DELAWARE AND HUDSON COMPANY, Impleaded with JOSEPH NAHAS and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISIDOR VOGEL v. MANO REALTY CORPORATION.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ISIDOR VOGEL v. MANO REALTY CORPORATION.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LARRY J. MARGULIES v. DAVID GOLDSTEIN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LARRY J. MARGULIES v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA. — Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL L. ALTMAN v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of C. EDWARD BENOIT, an Attorney.— Proceeding dismissed. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of ABRAHAM M. FRIPTU.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

---

## SECOND DEPARTMENT, APRIL, 1927.

JOSEPH TRUTA, Respondent, v. JOHN J. TOMICH and Others, Defendants. MARY TOMICH, as Executrix, etc., of JOHN J. TOMICH, Deceased, Appellant.— The appeal herein having been disposed of, the motion to dismiss appeal is denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.